## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CECIL ELLISON**                                                                                          **PLAINTIFF**

**v.**                            **CASE NO. 3:05-CV-0144 GTE**

**RAY COVINGTON, and**
**RENTWAY, INC.**                                                                                        **DEFENDANTS**

### JUDGMENT

Upon the basis of the Order granting Defendants' Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants Ray Covington and Rentway, Inc, and against Plaintiff, Cecil Ellison.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 19th day of May, 2006.

                                                                                 _/s/Garnett Thomas Eisele_____
                                                                                 UNITED STATES DISTRICT JUDGE